Civil Action No. 4:25-cv-00225

# Exhibit “A”

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DONALD WALTON §
§
vs. § Civil Action No. 4:25-cv-00225
§
HOME DEPOT U.S.A., INC. § **JURY DEMANDED**

**INDEX OF DOCUMENTS**

**EXHIBIT A:** Index of Documents (filed with Notice of Removal)

**EXHIBIT B:** State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Plaintiff's Original Petition | 2/6/2025 |
| B-3 | Service Request Form | 2/6/2025 |
| B-4 | Affidavit of Service | 2/10/2025 |
| B-5 | Affidavit of Service | 2/10/2025 |
| B-6 | The Special Exceptions and Original Answer of Defendant | 3/3/2025 |

**EXHIBIT C:** List of Parties & Counsel and Civil Cover Sheet (filed with Notice of Removal)